UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>Shynina Denise Mack,<br><br>Debtor.<br><br>Capital One Auto Finance, a division of Capital One, N.A.,<br><br>Movant.<br><br>v.<br><br>Shynina Denise Mack, Debtor<br>William H. Griffin, Trustee<br><br>Respondents. | Case No.: 19-21108<br><br>Chapter: 13 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Capital One Auto Finance, a division of Capital One, N.A., ("Movant"), by its attorney, moves for relief from the automatic stay with respect to a 2013 Chevrolet Traverse with a VIN of 1GNKRGKD3DJ255997 ("the Vehicle"). In support thereof, Movant states as follows:

1. Debtor previously entered into a Loan and Security Agreement ("the Contract") for the Vehicle. A copy of the Contract is attached hereto as Exhibit A.

2. Movant has perfected its security interest in the Vehicle. A copy of the Kansas Title and Registration Receipt is attached hereto as Exhibit B.

3. Debtor has filed a voluntary bankruptcy petition pursuant to Chapter 13 of the United States Bankruptcy Code.

4. Debtor has defaulted on the Contract.

5. Indeed, she owes $318.36 for the payment due December 15, 2019, $345.48 for the payment due January 15, 2020 and $345.48 for the payment due February 15, 2020 for a total post-petition default of $1,009.32.

6. The total debt on the Vehicle as of the date the bankruptcy petition was filed was $14,874.69.

7. According to Kelley Blue Book, the private party value for the Vehicle is $8,097.00. A copy of the Kelley Blue Book Report is attached hereto as Exhibit C.

8. As a result of the default on the Contract and the lack of equity in the Vehicle, cause exists to modify the automatic stay and waive the Federal Rule of Bankruptcy Procedure 4001(a)(3) 14 day stay.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., prays for the entry of an order modifying the automatic stay with respect to a 2013 Chevrolet Traverse with a VIN of 1GNKRGKD3DJ255997 and waiving the Federal Rule of Bankruptcy Procedure 4001(a)(3) 14 day stay.

/s/ EVAN L. MOSCOV
Evan L. Moscov, Bar ID: 78508
Weinstein & Riley, P.S.
325 Washington St., Ste. 303
Waukegan, IL 60085
Phone: 312-969-1977

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that he caused a copy of the foregoing to be sent to Debtor via U.S. Mail, postage pre-paid and to Debtor's counsel, the Chapter 13 Trustee and U.S. Trustee via CM/ECF on 2/24/20.

Christopher R. Coons;ndayton@kansasbankruptcy.com

William H Griffin;inquiries@13trusteekc.com

U.S. Trustee;ustpregion20.wi.ecf@usdoj.gov

Shynina Denise Mack
790 SE Ridgeview Dr
Topeka, KS 66609

                                            /s/ Evan L. Moscov
                                            Evan L. Moscov

# LOAN AND SECURITY AGREEMENT

**Reference #** ▮▮▮▮▮▮

Please carefully review this form, including the Vehicle Identification Number (VIN), then sign and date below. Only the original unaltered document – no faxed copy or copy with corrections made by adding information, crossing out information or using correction fluid – will be accepted.

| | | |
|---|---|---|
| **CONSUMER CREDIT DOCUMENT**<br>Application ID: ▮▮▮▮<br>Contract ID:<br>Date: 09/29/17<br>Address: 304 Morgan Dr. Unit B<br>Ashland, MO 65010 | Lender: **ATTN: COAF Refinance<br>Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024**<br><br>"We" and "us" mean the lender above, its successors and assigns. | Borrower & Co-Borrower (if applicable):<br><br>Shynina Mack<br><br>"You" and "your" mean each borrower above jointly and individually. |

**PROMISE TO PAY AND PAYMENT TERMS:**
You promise to pay us the principal amount of $18,513.50 *, plus finance charges accruing on the unpaid balance at the rate of 9.64% per year from the date we receive a signed contract until maturity. Payments are due pursuant to the Payment Schedule shown in the Truth in Lending Disclosures below and will be credited first to interest due, then to principal due, then to any fees due and owed. Thereafter, any excess payment will be applied to reduce principal. Finance charges accrue on a daily basis. After maturity, or after you default and we demand payment, we will earn finance charges on the unpaid balance at 9.64% per year. You agree to pay additional amounts according to the terms and conditions of this Agreement.

**SECURITY:** To secure your payment and performance under the terms of this Agreement, you give us a security interest in the Vehicle, identified by the Vehicle Identification Number (VIN) entered below; all accessions, attachments, accessories, and equipment placed in or on the Vehicle, together called the Property; and proceeds of the Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance purchased in accordance with this Agreement.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as<br>a yearly rate.<br><br>9.64% | FINANCE CHARGE *<br>The dollar amount the<br>credit will cost you.<br><br>$5,939.86 | AMOUNT FINANCED *<br>The amount of credit provided<br>to you on your behalf.<br><br>$18,513.50 | Total of Payments *<br>The amount you will have paid when you<br>have made all payments as scheduled.<br><br>$24,453.36 |
|---|---|---|---|

**Payment Schedule:** Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS * | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 72 | $339.63 | Payments are due on the 15th day of each month, beginning at least 21 days after receipt of your signed contract. |

| | |
|---|---|
| Security: | You are giving a security interest in the Motor Vehicle financed identified further by the VIN below. |
| Late Charge: | **If your payment is more than 7 days late, you will pay the lesser of 5% of the late amount or $40.00.** |
| Prepayment: | If you pay off this Contract early, you will not have to pay a penalty. |
| Contract Provisions: | **You can see the terms of this Contract for any additional information about nonpayment, default, required payment in full before scheduled date, and any prepayment.** |

*Please note that these amounts are estimates based on the information you provided regarding what you owed your current lienholder. If the amount to pay off the lienholder differs from what you told us, and, as a result, the actual amounts differ by more than 5% from the estimates, you will be notified by phone before the Agreement is processed and be given a chance to decline the adjusted terms.

**Vehicle Identification Number (VIN):** 1 G N K R G K D 3 D J 2 5 5 9 9 7

**Vehicle Model Year:** 2013    **Vehicle Make:** CHEVROLET    **Vehicle Model:** TRAVERSE

### NOTICE TO BORROWER
Do not sign this Agreement before you read it or if it contains any blank spaces. Please read the additional terms of this Agreement located on the next page. You are entitled to a copy of the Agreement you sign. Keep this Agreement to protect your legal rights. By signing below, each Borrower agrees to the terms on both pages of this Agreement and acknowledges receipt of a copy of this Agreement.

### IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

| | | | |
|---|---|---|---|
| | | **ITEMIZATION OF AMOUNT FINANCED** | |
| ☒ *Shynina Mack* | 09/29/17 | AMOUNT PAID TO PREVIOUS LENDER | $ 18,500.00 |
| Signature of Borrower | Date | TITLING FEE | $ 13.50 |
| ☒ | | AMOUNT FINANCED | $ 18,513.50 |
| | | FINANCE CHARGE | $ 5,939.86 |
| Signature of Co-Borrower | Date | TOTAL OF PAYMENTS | $ 24,453.36 |

## ADDITIONAL TERMS AND CONDITIONS

Reference # ▮▮▮▮▮▮▮

**GOVERNING LAW AND GENERAL TERMS:** You agree that the terms of this Agreement is governed by Federal law and the laws of the state of Virginia. We reserve the right to verify that the prior lender or lien holder is a valid lending institution and if not, we reserve the right to not fund the loan. We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the amount permitted by law. If you pay a finance charge or fee that is contrary to this provision, we will apply it first to reduce the principal balance, and when the principal has been paid in full, refund any overpayment to you. Any prohibited or unenforceable provision under law will not affect the enforceability of the rest of the Agreement.

**PREPAYMENT:** You may prepay this loan in full or in part at any time.

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** By giving us a security interest in the Motor Vehicle, you represent and agree to the following:

- Our security interest will not extend to consumer goods unless you acquire rights to them within 10 days after we enter into this Agreement, or they are installed in or affixed to the Vehicle.
- The security interest you are giving us in the Motor Vehicle comes ahead of the claim of any third party, including your general or secured creditors. You will do whatever is necessary to keep our claim to the Motor Vehicle ahead of the claim of anyone else, including providing us with your title, if you hold it, to note our lien on the title; signing any additional documents or providing us with any additional information we may require. You will not do anything to change our interest in the Motor Vehicle.
- You will keep the Motor Vehicle in your possession in good condition and repair. You will use the Motor Vehicle for its intended and lawful purposes. Unless otherwise agreed in writing the Motor Vehicle will be located at your address listed on the front of this Agreement.
- You will not attempt to sell the Motor Vehicle or otherwise transfer any rights in the Motor Vehicle to anyone else, without our prior written consent.
- You will pay all taxes and assessments on the Motor Vehicle as they become due, including all Filing Fees and Official State Fees.
- You will notify us of any loss or damage to the Motor Vehicle. You will provide us reasonable access to the Motor Vehicle for the purpose of inspection.

Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**DEFAULT:** You will be in default on this Agreement if any one of the following occurs (except as prohibited by law):

- You fail to perform any obligation that you have undertaken in this Agreement, including, but not limited to, your obligations to make payments and keep the Motor Vehicle insured.
- You make any statement or provide any financial information that is untrue or inaccurate at the time it was given.
- Any government authorities confiscate the Motor Vehicle.
- You die or are involved in any insolvency proceedings brought by or against you; any of your other creditors accelerate a debt owing to them; a judgment against you becomes final; or a tax lien is filed against you or an attachment or garnishment is issued against any of your property or rights, or we, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Agreement.

If you default and if allowed by law, you agree to pay court costs we incur to collect this Agreement as well as reasonable attorneys' fees if we refer this Agreement for collection to an attorney who is not our salaried employee. If any one of you defaults, we may exercise our remedies against any or all of you.

**REMEDIES:** Subject to any refund, notices and rights to cure default required by law, if you are in default on this Agreement, we have all of the remedies provided by law and this Agreement. They include the following:

- We may require you to immediately pay us the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may, but are not required to, pay taxes, assessments or other liens, or make repairs to the Motor Vehicle if you have not done so. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn finance charges from the date paid at the post–maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.
- We may require you to make the Motor Vehicle available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Motor Vehicle by legal process or self–help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell the Motor Vehicle and apply what we receive as provided by law to our reasonable expenses and then toward your obligations.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing one or more of these remedies, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again. You agree that if any notice is required to be given to you of an intended sale or transfer of the Motor Vehicle, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law). You agree that, subject to your right to recover such property or to reinstate the loan, if applicable, we may take possession of personal property left in or on the Motor Vehicle securing this Contract and taken into possession as provided above. We will send you written notice within 15 days of possession of such property at your last known address. If you fail to claim the property as provided in the notice, we may retain or dispose of the property and disperse the proceeds, according to applicable law.

**INSURANCE:** You agree to buy property insurance on the Motor Vehicle protecting against loss and physical damage with maximum deductibles as follows:

• Collision coverage deductible may not exceed $1000. • Comprehensive coverage deductible may not exceed $1000.

You will name us as loss payee on any such policy. In the event of loss or damage to the Motor Vehicle, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Motor Vehicle. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. You will keep the insurance in full force and effect until this Agreement is paid in full. If you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Motor Vehicle. A company other than one you would choose may write this insurance. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Agreement. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately or at the end of your loan term as we may specify. This amount will earn finance charges from the date paid at the post-maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

**OBLIGATIONS INDEPENDENT:** Each person who signs this Agreement agrees to pay this loan according to its terms. This means the following:

• You must pay this loan even if someone else has also signed this Agreement.
• We may release the co-buyer or guarantor and you will still be obligated to pay this loan.
• We may release any security and you will still be obligated to pay this loan.
• If we give up any of our rights, it will not affect your duty to pay this loan.
• If we extend new credit or renew this Agreement, it will not affect your duty to pay this loan.

**WAIVER AND CONSENT:** To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or (3) give notice that we intend to make, or are making, this Contract immediately due. **If the actual amount required to pay off your previous lender is higher than the amount originally quoted to you or to us by your previous lender, you consent to our paying the additional amount owed, and adding that amount to the balance of this loan. You understand that this may result in your monthly payments BEING AN AMOUNT THAT IS HIGHER THAN stated on your offered terms.**

**MILITARY LENDING ACT (MLA):** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The costs associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account). To orally receive a disclosure and a generally description of your payment obligations under a refinanced loan with Capital One, please contact us toll-free at: 1-844-648-5845.

# KANSAS

Ex. B

Department of Revenue
Division of Vehicles
Topeka KS ▮

## TITLE AND REGISTRATION RECEIPT

PLATE NO. ▮

| TRANSACTION | DESCRIPTION |
|---|---|
| TR-01-314-01 | **Title And Registration** |
|  | **Passenger** |
| DATE **01-11-2019** |  |
|  | **Regular** |

OWNERS NAME

**MACK SHYNINA DENISE**

▮ **SE RIDGEVIEW DR**     **TOPEKA**     **KS** ▮

| VEHICLE ID NUMBER | VEHICLE TYPE | | PLATE NO. ▮ |
|---|---|---|---|
| **1GNKRGKD3DJ255997** | REGISTRATION TYPE | | DECAL NO. |
| MAKE / MODEL / YEAR | STYLE | TRUCK CLASS | REGISTRATION EXPIRES: **08-31-2019** |
| **CHEV / TRAVER / 2013** | **UT** | | DISPOSED VEHICLE |
| MILEAGE / PUR TO KS DATE | EMPTY WT. | GROSS WT. | |
| **86321 / 06-01-2018** | **4713** | | |

*Complete When Applying for Duplicate*    I certify that I am the lawful owner of the vehicle described above and a Kansas Certificate of Title was issued to me, and that my original certificate of title has been (Check one) lost [ ], mutilated * [ ], or has become illegible * [ ]
* Attach title to application

LIENS

**CAPITAL ONE AUTO FINANCE**
**PO BOX 660068**
**SACRAMENTO, CA** ▮

### FEE SUMMARY

| TYPE | AMOUNT |
|---|---:|
| Registration Fee: | $69.92 |
| County Service Fee: | $5.00 |
| TitleFeeAmt | $10.00 |
| Reg. Penalty Fee | $7.00 |
| Title Penalty Fee | $2.00 |
| County Misc Fee: | $3.00 |
| Lienholder Fee: | $1.50 |
| VIPS Fund Fee | $4.00 |
| Property Tax | $301.35 |
| Prop Tax Penalty | $6.88 |
| Past Yr Property Tax | $56.34 |

TOD

INSURANCE POLICY NUMBER ▮
COMPANY **Progressive Advanced Insurance Co**

I hereby certify that I am a resident or have a bona fide place of business in this county and that I am an owner of and have in effect financial security for the above mentioned vehicle as required by law. I certify that all liens and / or encumbrances, if any, are listed and the information on this application is true and correct to the best of my knowledge

*FALSE CERTIFICATION CAN RESULT IN CRIMINAL PROSECUTION.*

OWNER'S SIGNATURE(S) _____
Please review all information for accuracy before signing

**TOTAL AMOUNT**     **$466.99**

SOLD TO/REPOSSESSED BY:

| | | | PROPERTY TAX STATEMENT | PRIOR YEAR TAX |
|---|---|---|---|---|
| LOCAL BASE POINT | CLASS | **024** | TAX    **$301.35** | **$56.34** |
| SITUS | PREV TAX VALUE | | PENALTY    **$6.88** | **$.00** |
| TAX UNIT **010** | NEW TAX VALUE | **$.00** | CRDT TOTAL | |
| | | | TOTAL | |

Ex. C



# 2013 Chevrolet Traverse Pricing Report



**Style:** LS Sport Utility 4D
**Mileage:** 103,000

## Sell To Private Party



Private Party Range
**$6,981 - $9,212**
Private Party Value
**$8,097**

Valid for ZIP Code 66101 through 02/19/2020

## Vehicle Highlights

Fuel Economy:
City 17/Hwy 24/Comb 19 MPG

Max Seating: 8

Doors: 4

Engine: V6, 3.6 Liter

Drivetrain: 2WD

Transmission: Automatic, 6-Spd

EPA Class: Standard Sport Utility Vehicles

Body Style: Sport Utility

Country of Origin: United States

Country of Assembly: United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

### Engine
V6, 3.6 Liter

### Transmission
Automatic, 6-Spd

### Drivetrain
2WD

### Braking and Traction
Traction Control
StabiliTrak
ABS (4-Wheel)

### Comfort and Convenience
Keyless Entry
Air Conditioning
Air Conditioning, Rear
Power Windows
Power Door Locks
Cruise Control

### Steering
Power Steering
Tilt & Telescoping Wheel

### Entertainment and Instrumentation
AM/FM Stereo
CD/MP3 (Single Disc)
SiriusXM Satellite
Bluetooth Wireless
OnStar

### Safety and Security
Backup Camera
Dual Air Bags
Side Air Bags
F&R Head Curtain Air Bags

### Seats
8-Passenger Seating

**Case 19-21108    Doc# 28    Filed 02/24/20    Page 7 of 8**

| | |
|---|---|
| **Lighting** | **Wheels and Tires** |
| Daytime Running Lights | Steel Wheels |
| **Cargo and Towing** | **Exterior Color** |
| Roof Rack | ✓ Gray |

# Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is different and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

**Tip:**
It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

FAQ | Contact Us | Don't Sell My Info | About Us | Careers | Corporate | Advertising | Media | Site Map | KBB Brazil

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy |

Ad Choices

© 2020 Kelley Blue Book Co., Inc. All rights reserved. 2/14/2020-2/20/2020 Edition for Kansas 66101. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.20022)