IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Shynina Denise Mack                                      Case No.:   19-21108-13-RDB

## DEBTOR'S OBJECTION TO MOTION FOR RELIEF

COMES NOW the Debtor, by and through attorney, Christopher R Coons, and for objection to the Motion for Relief from Automatic Stay filed by Capital One Auto Finance. In support of said Motion, Debtor would show the Court as follows:
1. Debtor will get current prior to the hearing on this matter.
2. It would result in an extreme hardship if Debtor were to lose their vehicle.

WHEREFORE, Debtor prays that the Court sustain the objection, and deny the Motion for Relief from Automatic Stay, and enter such orders as are just and equitable.

Respectfully submitted,

s/ Christopher R Coons
Christopher R Coons, #19408
Coons & Crump, LLC
534 S. Kansas Ave., Ste. 305
Topeka, KS 66603
Phone: 785-856-8720
Fax: 888-507-1350
ndayton@kansasbankruptcy.com
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, a true and correct copy of above notice and referenced filing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system

s/ Christopher R Coons
Christopher R Coons