**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of May, 2020.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:  Case No. 19-21108

Shynina Denise Mack,  Chapter 13

Debtor.

v.

Capital One Auto Finance,
a division of Capital One, N.A.,

Movant.

Shynina Denise Mack, Debtor
William H. Griffin, Trustee

Respondents.

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

    This matter having come before the Court upon the Motion for Relief from Stay filed herein by the secured creditor, Capital One Auto Finance, a division of Capital One, N.A., ("Movant") and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

In the United States Bankruptcy Court for the District of Kansas
In re: Shynina Denise Mack
Case No. 19-21108
Order Modifying Automatic Stay
Page 2

1. Commencing with the regular contractual payment due May 15, 2020, Debtor shall remit all direct post-petition contractual payments to Movant when due and keep Movant current until the loan secured thereby is paid in full.

2. Debtor shall include the current post-petition arrears of $10.28 with her May 15, 2020 payment.

3. Debtor shall maintain the regular monthly payments to the Movant as outlined above in paragraph 1. The failure of Debtor to make any stipulated payment due to Movant by the day upon which it is due per paragraph 1 of this Agreed Order and/or any regular payment by the day upon which it is contractually due shall constitute a default.

4. Upon the existence of a default, Movant shall send Debtor and Debtor's counsel a 15-day notice of Movant's intent to file an affidavit and proposed order granting relief from the automatic stay.

5. If the default is not cured within the 15-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order may be entered without further hearing, terminating the stay imposed by §362 of the Bankruptcy Code with respect to Movant, its successors and assigns, for the purpose of Movant pursuing its state court remedies on its collateral.

###

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
Kansas Federal Bar No.: 78508
325 Washington St., Ste. 303
Waukegan, IL 60085
Telephone Number: (312) 969-1977
Email Address: evan.moscov@moscovlaw.com

/s/ Christopher R. Coons (with authorization)
Christopher R. Coons
Coons & Crump, LLC
534 S. Kansas Ave., Ste. 305
Topeka, KS 66603
785-856-8720

In the United States Bankruptcy Court for the District of Kansas
In re: Shynina Denise Mack
Case No. 19-21108
Order Modifying Automatic Stay
Page 3

Fax : 888-507-1350
Email: ndayton@kansasbankruptcy.com

/s/ William H. Griffin (with authorization)
William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393